MICHAEL P. OBERT, JR. SB #022962
Michael.Obert@lewisbrisbois.com
BARRETT N. LINDSEY, SB #028311
Barrett.Lindsey@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
Attorneys for Seasons 52 Holdings, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Hoffman, a married woman, individually;<br><br>Plaintiff,<br><br>vs.<br><br>Seasons 52 Holdings LLC, a limited liability company; N & D Restaurants, LLC, a limited liability company; Does I-V;<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and LR Civ. 3.6, Local Rules of the United States District Court for the District of Arizona, Defendant Seasons 52 Holdings, LLC. ("Defendant") hereby gives notice of the removal of the above-captioned case from the Superior Court of the State of Arizona, in and for the County of Maricopa, to the United States District Court for the District of Arizona, Phoenix Division, and in support thereof respectfully asserts:

1. On or about November 23, 2020, Plaintiff Jennifer Hoffman ("Plaintiff") filed the present lawsuit in the Superior Court of the State of Arizona, in and for the County of Maricopa, Cause No. CV2020-015118. (*See* Initial Complaint (attached as Exhibit "A")). The lawsuit arises out of a personal injury claim in which Plaintiff alleges she was injured as a result of a condition at the Defendant's Seasons 52 Restaurant. (*Id*. at ¶¶ 9-13 .).

4827-1081-8270.1

2. According to the Complaint, Plaintiff resides in Maricopa County, Arizona. (Ex. A at ¶ 1).

3. Plaintiff served Defendant with its Initial Complaint via personal service on January 29, 2021. (*See* Service of Process attached as Exhibit "B")).

4. Defendant is a Florida Limited Liability Company with its principle place of business in Florida.  Further, the sole member of Defendant's LLC is a Florida Corporation with its principal place of business in Florida.  (See Affidavit of Michael P. Obert (Attached as exhibit C"),

5. Plaintiff has alleged that her total claimed damages qualify the matter as a "Tier 2" under rules 8(b)(2) and 26.2(c) of the Arizona Rules of Civil Procedure.  (Ex. A, ¶ 14).  Under Ariz. R. Civ. P., a "tier 2" designation indicates that the Plaintiff is claiming more than $50,0000 and less than $300,000 in damages.

6. Specifically, Plaintiff alleges that she suffered a wrist fracture requiring surgical repair and the insertion of hardware.  *Id.,* at ¶ 10.

7. A copy of the Maricopa County Superior Court Docket for the above-referenced case is attached as Exhibit "D."

8. Defendants answered the Complaint on February 18, 2021.  A true and correct copy of the Defendants' answer is attached hereto as Exhibit "E".

9. After Defendants pointed out that N&D Restaurants, LLC was an improper party defendant, Plaintiff dismissed her claims as to N&D Restaurants, LLC only, which the court granted on February 25, 2021.  (See Stipulation to dismiss dated February 22, 2021, and order dated February 25, 2021 attached hereto as Exhibit "F")

10. The remaining documents that are a part of the court record not referenced above, include the following: Summons to N&D Restaurants, LLC, Summons to Seasons 52 Holdings, LLC, Civil Cover Sheet and Certificate of Compulsory Arbitration. These documents are attached as Exhibit "G."

11. Pursuant to 28 U.S.C. § 1446(a) and LR Civ. 3.6, counsel hereby certifies that Exhibits A, B, and E through G, attached hereto are true and complete copies of all pleadings

and other documents filed in the Superior Court of the State of Arizona, in and for the County of Pima. (*See* Affidavit of Michael P. Obert (attached as Exhibit "C")).

12. This Court has complete diversity jurisdiction over all parties pursuant to 28 U.S.C. § 1332, which confers original jurisdiction over "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States."

13. Plaintiff's Complaint does not seek a sum certain. However, under the rules governing civil actions in the Superior Court of the State of Arizona, a pleading shall not set forth a dollar amount or figure for damages where the claim is not for a sum certain or for a sum which can by computation be made certain. *See* Rule 8 (b), Ariz. R. Civ. P.  In this case, other evidence may be submitted as proof that the amount in controversy exceeds $75,000 "if it appears to reflect a reasonable estimate of the plaintiff's claim." *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002). Defendant reasonably believes Plaintiff is alleging greater than $75,000 based on the nature of damages alleged and Plaintiff's allegations that the case qualifies as a tier 2 matter under Rule 26.2 Ariz. R. Civ. P.

14. Venue is proper in Arizona District Court because the circumstances surrounding the incidents alleged in Plaintiff's Complaint took place in Arizona. *See* 28 U.S.C. § 1391(b)(2) (permitting suit in any district where "a substantial part of the events or omissions giving rise to the claim occurred"); *see also* Ex. A ¶ 9.

15. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(1) because it is being filed within thirty (30) days after service of the initial pleading, which occurred on January 28, 2021 (Exhibit B).

16. A Notification of Filing Notice of Removal in Federal Court in the form attached as Exhibit "H" was filed in the Superior Court of the State of Arizona, in and for the County of Maricopa, pursuant to 28 U.S.C. § 1446(d) and LR Civ. 3.6 and served upon counsel for Plaintiff.

17. A Civil Cover Sheet and Supplemental Civil Cover Sheet have also been filed herewith.

WHEREFORE, Defendant requests that the above action now pending in the Pima County Superior Court be removed to this Court.

DATED this 1st day of March, 2021

              LEWIS BRISBOIS BISGAARD & SMITH LLP

           By: *[signature]*
              Michael P. Obert, Jr.
              Barrett N. Lindsey
              Attorneys for Seasons 52 Holdings, LLC

### CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, I electronically transmitted the foregoing NOTICE OF REMOVAL to the Clerk's office using the Court's CM/ECF System for filing. I further certify that I e-mailed copies of the foregoing to:

JONES, RACZKOWSKI, THOMAS PC
Sara Thomas
2141 E. Camelback Rd., Suite 100
Phoenix, Arizona 85016-4723
sthomas@azpremiseslaw.com
*Attorneys for Plaintiff*

/s/Jodie Mize
33548-238

4827-1081-8270.1

4