# EXHIBIT A

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
11/23/2020 9:47:36 AM
Filing ID 12250718

1

Sara Thomas (027803)
**JONES | RACZKOWSKI | THOMAS PC**

2

2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723

3

(602) 840-8787 Fax (602) 840-0425
sthomas@azpremiseslaw.com

4

5  Attorneys for Plaintiff

6  **SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY**

7

Jennifer Hoffman, a married woman, individually;

8

| **NO.** CV2020-015118 |

9

Plaintiff;

| **COMPLAINT** |

10  v.

| (Tort; Non-Motor Vehicle) |

11

Seasons 52 Holdings LLC, a limited

12  liability company; N&D Restaurants, LLC, a limited liability company; Does

13  I-V;

14

Defendants.

15

16  Plaintiff Jennifer Hoffman alleges:

17  1.      Plaintiff Jennifer Hoffman is a resident of Maricopa County,

18  Arizona.

19  2.      Defendant Seasons 52 Holdings, LLC is a limited liability company

20  that caused an event to occur in Maricopa County, Arizona and is doing

21  business in Maricopa County, Arizona.

22  3.      Specifically, Defendant Seasons 52 Holdings, LLC owned,

23  possessed, operated, and managed the restaurant premises commonly known

24  as "Seasons 52" located at 2502 E. Camelback Rd., Phoenix, Arizona on

25  November 28, 2018.

26

1       4.     Defendant N&D Restaurants, LLC is a limited liability company
2 that caused an event to occur in Maricopa County, Arizona and is doing
3 business in Maricopa County, Arizona.

4       5.     Specifically, Defendant N&D Restaurants, LLC owned, possessed,
5 operated, and managed the restaurant premises commonly known as
6 "Seasons 52" located at 2502 E. Camelback Rd., Phoenix, Arizona on
7 November 28, 2018.

8       6.     Does I-V are corporations, partnerships, other entities or
9 individuals other than Defendant Seasons 52 Holdings, LLC and Defendant
10 N&D Restaurants, LLC who owned, possessed, operated, and managed the
11 restaurant premises commonly known as "Seasons 52" located at 2502 E.
12 Camelback Rd., Phoenix, Arizona on November 28, 2018.

13       7.     The actions, omissions and conduct giving rise to this cause of
14 action occurred in Maricopa County, Arizona, and this Court has subject
15 matter and personal jurisdiction.  Venue is appropriate in Maricopa County
16 pursuant to A.R.S. §12-401.

17       8.     Defendant Seasons 52 Holdings, LLC, Defendant N&D
18 Restaurants, LLC, and Does I-V, as the owners, possessors, operators, and
19 managers of the restaurant premises commonly known as "Seasons 52"
20 located at 2502 E. Camelback Rd., Phoenix, Arizona on November 28, 2018,
21 had an affirmative duty to maintain the premises in reasonably safe condition
22 as to invitees, and delegation of that duty does not relieve Defendants from
23 their affirmative duty.

24       9.     On November 28, 2018, at the restaurant premises of Defendant
25 Seasons 52 Holdings, LLC, Defendant N&D Restaurants, LLC, and Does I-V
26 commonly known as "Seasons 52" located at 2502 E. Camelback Rd.,

1   Phoenix, Arizona, Plaintiff was injured as a direct and proximate result of an

2   unreasonably dangerous condition and/or hidden danger, specifically a single

3   step transition that lacked sufficient visual cues, warnings, and sufficient

4   lighting, as to which Defendant Seasons 52 Holdings, LLC, Defendant N&D

5   Restaurants, LLC, and Does I-V created, had actual or constructive notice, or

6   was otherwise negligent in allowing to be present on the premises.

7        10.   On November 28, 2018, at the restaurant premises commonly

8   known as "Seasons 52" located at 2502 E. Camelback Rd., Phoenix, Arizona,

9   Plaintiff tripped over the single step, which she did not see as she was exiting

10  a booth, falling to the ground sustaining injuries including a dominant right

11  wrist fracture requiring surgical repair and insertion of hardware.

12       11.   Plaintiff has incurred health care expenses for treatment of the

13  injuries caused by Defendants' negligence, and Plaintiff may continue to incur

14  such expenses.

15       12.   Plaintiff has incurred a loss of wages, earnings and earning

16  capacity, and other benefits and/or opportunities because of the injuries

17  caused by Defendants' negligence.

18       13.   Plaintiff has experienced pain, discomfort, suffering, annoyance,

19  mental and emotional distress, loss of enjoyment of life, and other types of

20  general damage because of the injuries caused by Defendants' negligence,

21  and Plaintiff may continue to experience such general damages in the future;

22  the exact amount of Plaintiff's general damages is undetermined, but in

23  excess of the jurisdictional minimum of this Court.

24       14.   Plaintiff further alleges her total claimed damages qualify this

25  matter as a Tier 2 case pursuant to Rule 8(b)(2) and Rule 26.2(c) of the

26  Arizona Rules of Civil Procedure.

3

1    WHEREFORE, Plaintiff requests judgment against Defendants for
2 reasonable compensatory damages in excess of this Court's jurisdictional
3 minimum, taxable costs, and all other appropriate relief.

4    DATED this 20ᵗʰ day of November, 2020.

5                                        **JONES│RACZKOWSKI│THOMAS PC**

6                                        **/s/ Sara Thomas**

7                                        _____

8                                        By Sara Thomas
                                         Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4